

```
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE
```

+1 202-736-8157
BMUNDEL@SIDLEY.COM

August 13, 2024

**VIA ECF FILING**

Honorable Jennifer L. Rochon, U.S. District Court Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *CD Reiss v. Amazon.com, Inc.*, Case No. 1:24-cv-05923-JLR

Dear Judge Rochon:

I represent Defendant Amazon.com ("Amazon") in the above-captioned matter. I write on behalf of the parties to seek to reschedule the Notice of Initial Pretrial Conference, which is currently scheduled for September 3, 2024 at 10:00AM. ECF No. 32.

Following the transfer of this matter from the Western District of Washington, this Court scheduled an Initial Pretrial Conference. Counsel for Defendant unfortunately has an immovable conflict on September 3, 2024 and respectfully requests that the Initial Pretrial Conference be set for the week of September 23rd. Plaintiff consents to this request. The Parties are available for the Initial Pretrial Conference on any day the week of September 23rd. This is the first request for an extension in the above-referenced matter. This requested extension shall not affect any other scheduled dates.

Respectfully submitted,

*/s/ Benjamin M. Mundel*

Benjamin M. Mundel

cc: All counsel of record

The request to adjourn the initial pretrial conference is GRANTED, but the Court's availability during the week of September 23 is limited.  The conference shall instead be held on **October 1, 2024**, at **11:30 a.m.**

Dated:  August 13, 2024
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**