UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CD REISS,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　*Defendant*. | Case No. 1:24-cv-05923 (JLR) (OTW)<br><br>**JOINT STIPULATION AND <s>[PROPOSED]</s> ORDER SUBSTITUTING DEFENDANT** |

1.　　WHEREAS, Plaintiff filed a class action complaint in this matter on June 13, 2024;

2.　　WHEREAS, Audible Inc., is a wholly owned subsidiary of Amazon.com, Inc.

3.　　WHEREAS, the parties and Audible Inc. agree that "Audible, Inc." should replace Defendant "Amazon.com, Inc." in this action.

4.　　WHEREAS, the parties further agree that the stipulation is subject to the following conditions:

　　a. This substitution will relate back to June 13, 2024 for statute of limitations purposes;

　　b. This substitution is without prejudice to Plaintiff seeking to amend the Complaint to include Amazon.com, Inc. as a defendant at a later date, based on discovery or further inquiry;

　　c. Such amendment would relate back to June 13, 2024 for statute of limitations purposes for the issues alleged in the June 13, 2024 Complaint; and

　　d. Counsel for Audible Inc. will accept service of any third-party subpoena served by Plaintiff on Amazon.com, Inc., while reserving all other objections to such subpoena.

**IT IS SO STIPULATED.**

Dated: September 16, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CD REISS,<br><br>                    *Plaintiff*,<br><br>            v.<br><br>AMAZON.COM, INC.,<br><br>                    *Defendant*. | Case No. 1:24-cv-05923 (JLR) (OTW)<br><br>[~~PROPOSED~~] **ORDER SUBSTITUTING DEFENDANT** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Audible Inc. is added as a Defendant to this matter

Amazon.com, Inc. is terminated as Defendant in this matter.

The caption and docket shall be amended to reflect this change.

Dated: September 17, 2024
       New York, New York

*Jennifer Rochon*
Jennifer L. Rochon
United States District Judge