UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CD REISS,<br><br>     *Plaintiff*,<br><br>  v.<br><br>AUDIBLE INC.,<br><br>     *Defendant*. | Case No. 1:24-cv-05923-JLR<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE** |

  1. WHEREAS, Defendant filed a Motion to Dismiss the Complaint on September 16, 2024 (Dkt. Nos. 64-65);

  2. WHEREAS, the parties have conferred, and have agreed on a briefing schedule for Defendant's Motion to Dismiss; and

  3. WHEREAS, the parties have agreed that Plaintiff's response is to be due on October 24, 2024, and Defendant's reply is to be due on November 22, 2024.

**IT IS SO STIPULATED.**

Dated:  September 23, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CD REISS, <br><br>      *Plaintiff*, <br><br>   v. <br><br> AUDIBLE INC., <br><br>      *Defendant*. | Case No. 1:24-cv-05923-JLR <br><br> [~~PROPOSED~~] **ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Plaintiff's response to Defendant's Motion to Dismiss is due on October 24, 2024.

Defendant's reply in support of its Motion to Dismiss is due on November 22, 2024.

Dated: September 24, 2024
   New York, New York

*Jennifer Rochon*
Jennifer L. Rochon
United States District Judge